UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2023
```

UNITED STATES OF AMERICA,

                          Petitioner,

-against-

TONY REYNOLDS,

                          Respondent.

Case No. 16-CR-464-1(NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

On November 10, 2016, Defendant Tony Reynolds ("Mr. Reynolds" or "Defendant") was sentenced to one-hundred fifty-six months (156) of imprisonment after pleading guilty to one count of a narcotics violation under 21 U.S.C. §§ 846 and 841(b)(1)(A). (ECF No. 32, Tony Reynold's Judgment). On June 3, 2020, Defendant, moving *pro se*, filed a motion for a sentence reduction/compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking to be released from incarceration due to his various health conditions and risk of possible complications in connection with COVID-19. (ECF No. 48.) The Government did not respond to the motion.

Upon the Court's review of the docket and search through the inmate locator managed by the Federal Bureau of Prisons[1], the Court finds that Mr. Reynolds was deceased as of May 17, 2022. Therefore, his application for a sentence reduction/ compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED as MOOT.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 48.

Dated: July 18, 2023
       White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

[1]    *See* https://www.bop.gov/inmateloc. Mr. Reynold's Register Number was 77112-054.

1